93 P.3d 679

# SUPREME COURT OF HAWAI'I

**July 14, 2004**

| | | |
|---|---|---|
| 24260 | State v. Cordeiro | Reversed |

### July 20, 2004

| | | |
|---|---|---|
| 24276 | Chandler v. Chandler | Affirmed |
| 23789 | Dili v. Board of Trustees of Employees Retirement System of State | Affirmed |
| 24003 | Kidani v. Grisham | Affirmed |
| 23155 | Marela v. Watts | Affirmed |
| 23981 | RCI Environmental, Inc. v. Young | Affirmed |
| 24220, 24279 | State v. Char | Vacated and Remanded |
| 24432 | State v. Kalua | Affirmed |
| 25273 | State v. Oki | Affirmed |
| 23332 | State v. Simafranca | Affirmed |
| 23639 | Yuen v. Board of Appeals | Affirmed |

### July 21, 2004

| | | |
|---|---|---|
| 24345 | Logan v. State | Affirmed |
| 24402 | Madura v. AIG Ins. Co. | Affirmed |